No. 40796.—Protests 570912–G, etc., of Gustav Muller (New York).

Opinion by BROWN, J. It was established that the merchandise is similar to that passed upon in Wile v. United States (T. D. 49494). The claim at 35 percent under paragraph 775 was therefore sustained. McClelland, P. J., dissented.

BEFORE THE SECOND DIVISION, MARCH 10, 1939

No. 40797.—Protest 867778–G of A. Beir & Co., Inc. (New York).

Opinion by KINCHELOE, J. On the authority of Perseverance Import Corp. v. United States (T. D. 49290) the protest was sustained.

No. 40798.—Protests 947372–G, etc., of Andre Ski Outfits et al. (New York).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, MARCH 10, 1939

No. 40799.—Protest 779010–G of John Demartini & Co. (San Francisco).

Opinion by CLINE, J. As the plaintiffs produced no positive testimony on rehearing as to the number of pounds of damaged peppers the protest was overruled.

No. 40800.—Protest 956688–G of H. Z. Bernstein Co. (New York).

Opinion by CLINE, J. It appeared that the immediate containers were marked "Argentine Product." On the authority of Abstracts 34308 and 32338, and Kraft v. United States (22 C. C. P. A. 111, T. D. 47103) the protest was sustained.